AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Western District of Pennsylvania

| | |
|---|---|
| MY BROTHER'S HOUSE, RACHEL ESTATES, L.P., and RONALD YOCCA <br> *Plaintiff* <br> v. <br> ALLEGHENY COUNTY, PENNSYLVANIA HEALTH DEPARTMENT      *Defendant* | ) ) ) ) ) ) ) Case No.   25-cv-00777 |

## APPEARANCE OF COUNSEL

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Defendant, Allegheny County, Pennsylvania Health Department

Date:     06/30/2025

*Attorney's signature*

John Cronin - 330681
*Printed name and bar number*

Clack Building 7
301 39th Street
Pittsburgh, PA, 15201
*Address*

john.cronin@alleghenycounty.us
*E-mail address*

(412) 578-2392
*Telephone number*

*FAX number*